ANDRÉ BIROTTE JR. **JS-6**
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: victor.rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 10-6987-DMG(MANx) |
| Plaintiff, ) | |
| ) | **CONSENT JUDGMENT OF FORFEITURE** |
| v. ) | |
| $86,621.96 IN BANK FUNDS ) SEIZED FROM ONE WELLS FARGO ) BANK ACCOUNT, ) | |
| Defendant. ) | |

On or about September 20, 2010, plaintiff United States of America ("the government" or "the United States of America") filed a Complaint for Forfeiture alleging that the defendant $86,621.96 in Bank Funds Seized From One Wells Fargo Bank Account (the "defendant bank funds") is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984 and 21 U.S.C. § 881(a)(6).

Nathan Kuemmerle (the "claimant") claimed an interest in the defendant bank funds in the government's administrative forfeiture proceedings, but did not file a claim to the defendant bank funds or an answer to the complaint in this judicial forfeiture action. No other parties have appeared in this case and the time for filing claims and answers has expired.

The United States of America and claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984 and 21 U.S.C. § 881(a)(6).

3.   Notice of this action has been given as required by law. Claimant is relieved of his obligation to file a claim and answer in this litigation. No appearances have been made in this case by any person other than claimant. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.   The defendant bank funds, plus all interest earned by the United States of America on the defendant bank funds, shall be condemned and forfeited to the United States of America, which shall dispose of the defendant bank funds in accordance with law.

5. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant.

6. The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings. Each of the parties hereto shall bear its own attorney fees and costs.

IT IS SO ORDERED.

DATED: February 3, 2011

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

## CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: January 28, 2011          ANDRÉ BIROTTE JR.
                                 United States Attorney
                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 /s/ Victor A. Rodgers
                                 VICTOR A. RODGERS
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

DATED: January 28, 2011          NATHAN KUEMMERLE

                                 /s/ Nathan Kuemmerle
                                 NATHAN KUEMMERLE, pro se